CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 05 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| D'QUINNTON A. SAUNDERS,<br>Plaintiff, | ) ) ) | Civil Action No. 7:13-cv-00377 |
| v. | ) ) ) | **MEMORANDUM OPINION**<br><br>By:   Glen E. Conrad |
| MONDUL, ET AL,<br>Defendant(s). | ) ) ) | Chief United States District Judge |

D'Quinnton A. Saunders, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered August 14, 2013, the court directed plaintiff to submit within 10 days from the date of the order his financial information and verified statements. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he has not returned his inmate trust account statements and his verified statement with accompanying documentation demonstrating that he has exhausted all available remedies. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This _4th_ day of September, 2013.

/s/ Glen E. Conrad
Chief United States District Judge