CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 05 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| D'QUINNTON A. SAUNDERS,<br>    Plaintiff, | Civil Action No. 7:13-cv-00377 |
| v. | **DISMISSAL ORDER** |
| MONDUL, ET AL,<br>    Defendant(s). | By:   Glen E. Conrad<br>Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 4th day of September, 2013.

_____
Chief United States District Judge